UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED MAY 22 2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



J.B. ANDERSON

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

CERMAK HEALTH SERVICES PROGRAM SERVICES

_____

Case No: _____
(To be supplied by the Clerk of this Court)

08CV2986
JUDGE HART
MAG. JUDGE DENLOW

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: JR. ANDERSON

B. List all aliases: _____

C. Prisoner identification number: 200700900444

D. Place of present confinement: C.C.D.O.C

E. Address: 2600 SD CALIFORNIA CICO IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: CERMAK HEALTH SERVICES
   Title: DENTIST
   Place of Employment: C.C.D.O.C    C.H.S.

B. Defendant: CERMAK HEALTH SERVICES
   Title: ADMINISTRATOR
   Place of Employment: C.C.D.O.C   C.H.S

C. Defendant: PROGRAM SERVICES
   Title: ADMINISTRATOR
   Place of Employment: C.C.D.O.C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: _____

   B.  Approximate date of filing lawsuit: _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D.  List all defendants: _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____

   G.  Basic claim made: _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I.  Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I REQUESTED TO SEE A DENTIST BUT I NEVER GOT A ANSWER. AFTER REQUESTING SEVERAL OTHER TIMES AND NOT GETTING A ANSWER. I FILED A DETAINEE GRIEVANCE. I RECIEVED A COPY OF THE GRIEVANCE BACK STATING THAT I HAD SEEN THE DENTIST ON MARCH 27TH, CONSIDERING I KNOW THAT I HAVENT SEEN A DENTIST I FILED ANOTHER DETAINEE GRIEVANCE. ON APRIL 18TH MY SOCIAL WORKER STATED TO ME THAT SHE WAS TOLD NOT TO PROCESS THE SECOND GRIEVANCE AS A GRIEVANCE BUT AS A REQUEST AND TO SEND ME TO THE DISPENSARY FOR PAIN PILLS, WHICH I NEVER RECIEVED. THE DENTIST HAD TO REPORT TO THE C.H.S. ADMIN AND LOG THAT I HAD BEEN SEEN, ON MARCH 27TH. THE ADMINISTRATOR APPROVED THESE ACTIONS WITH NO PROOF OF

A APPOINTMENT WITH THE DENTIST. WHICH LEAD THE PROGRAM SERVICES ADMIN T. MIKKLER TO RESPOND IN A UNPROFESSIONAL MANNER ALSO. I'VE BEEN IN NEED OF A DENTIST FOR MONTHS NOW, I'M BEING DENIED DENTAL ATTENTION.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE TO BE COMPENSATED FOR PAIN AND SUFFERING

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  05  day of  05 , 20 08

X B Anderson
(Signature of plaintiff or plaintiffs)

JR ANDERSON
(Print name)

20004944
(I.D. Number)

2600 SO CALIFORNIA
CHICAGO IL 60608
(Address)

6