

RECEIVED

JUL 9 2008

Jul 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

J.B. ANDERSON
2007009044

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

TOM DART
T. MUELLER
JOHN DOE
C.H.S. ADMINISTRATOR
JOHN DOE
DENTIST

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

JUDGE WILLIAM T. HART

Case No: 08 CV 2986
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:      **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

\_\_\_\_\_     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

\_\_\_\_\_     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: J.B. G Anderson

B. List all aliases: ———

C. Prisoner identification number: 20070090044

D. Place of present confinement: C.C.D.O.C

E. Address: 2600 SO CALIFORNIA CHGO IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: TOM DART
   Title: DIRECTOR
   Place of Employment: C.C.D.OC

B. Defendant: T. MUELLER
   Title: ADMINISTRATOR PROGRAM SERVICES
   Place of Employment: C.C.DOC

C. Defendant: JOHN DOE
   Title: CERMAK HEALTH SERVICE ADMINISTRATOR
   Place of Employment: C.D.D.OC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. DEFENDANT: JOHN DOE

Title: DENTIST

PLACE OF EMPLOYMENT: C.C.D.OC.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I REQUESTED TO SEE A DENTIST, BUT I NEVER GOT A ANSWER. AFTER NOT GETTING A ANSWER REQUESTING SEVERAL OTHER TIMES AND NOT GETTING A ANSWER I FILED A DETAINEE GRIEVANCE. I RECIEVED A COPY BACK STATING THAT I HAD SEEN THE DENTIST ON MARCH 27th 08. CONSIDERING I KNOW THAT I HAVENT SEEN A DENTIST. I FILED ANOTHER DETAINEE GRIEVANCE ON APRIL 18th MY SOCIAL WORKER STATED TO ME THAT SHE WAS NOT TO PROCESS MY SECOND GRIEVANCE AS A GRIEVANCE BUT AS A REQUEST AND TO SEND ME TO THE DISPENSARY FOR PAIN PILL PER HER SUPERVISOR. I ALSO NEVER RECIEVED PAIN PILLS. THE DENTIST HAD TO REPORT TO THE CERMAK HEALTH SERVICES ADMIN AND LOG THAT I HAD BEEN SEEN

ON MARCH 27th THE ADMINISTRATOR APPROVED THESE ACTIONS WITH NO PROOF OF A APPOINTMENT WITH THE DENTIST. WHICH LEAD THE PROGRAM SERVICES ADMINISTRATOR T. MUELLER TO RESPOND IN A UNPROFFESINAL MANNR ALSO. THESE INDIVISUALS ARE ASSIGNEES OF C.C.DOC. DIRECTOR TOM. DART

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOLD LIKE TO BE ISSUED A ATTORNEY IN THIS MATTER.

ALSO I WOULD LIKE TO BE COMPENSATED FOR PAIN & SUFFERING, EMOTIONAL DISTRESS.

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

____J.B Anderson____
(Signature of plaintiff or plaintiffs)

____J.B. ANDERSON____
(Print name)

____20070090044____
(I.D. Number)

____2600 SO CALIFORNIA____
____CHICAGO IL 60608____
(Address)