# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2986 | **DATE** | 7/24/2008 |
| **CASE TITLE** | J.B. Anderson (2007-0090044) v. Cermak Health Services | | |

**DOCKET ENTRY TEXT:**

The clerk shall resend a copy of the Court's June 17, 2008 order [#5] to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. The June 17, 2008 order incorrectly stated plaintiff's prisoner number. Plaintiff has already complied with the June 17, 2008 order, and he does not need to submit again an amended complaint.

Docketing to mail notices.

isk