WILLIAM T. HART

*MHH*

08 C 2986                              08/20/08

J.B. ANDERSON (2007-0090044) V. CERMAK HEALTH SERVICES

FILED

8-27-2008

AUG 2 7 2008

MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THEIR WAS TWO JOHN DOE PARTIES LISTED IN
AN AMENDED COMPLAINT BY THE PLAINTIFF
I, J.B. ANDERSON. IVE COME TO LEARN THE
NAMES OF THE INDIVISUALS THAT RESIDE IN
POSITION OF AUTHORITY. ELAIN CORTOURE
(HEALTH CARE ADMINISTRATOR)(C.C.D.O.C.)
DR TOWENSEND (DENTIST)(C.C.D.O.C.)
PLEASE SUBMITT THE ABOVE NAMES, TITLE, AND
DISCRIPTION TO THE COURT TO BE PROCESSED
WITH THE CIVIL RIGHTS ACTION PURSUANT TO
42 USC §1983 THAT HAS BEEN FILED BY
THE PLAINTIFF.

J.B. Anderson

J.B. ANDERSON
#2007-0090044 :
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

1: 08-CV-02986